ANDREW J. WAXLER [SBN 113682]
TAD DEVLIN [SBN 190355]
**KAUFMAN DOLOWICH & VOLUCK LLP**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone:   (415) 26-7600
Facsimile:   (415) 358-4809
Email: awaxler@kdvlaw.com
Email: tdevlin@kdvlaw.com

Attorneys for Defendant
HOPE WORLDWIDE, LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. STOWERS, an individual; and ERIN TOMLINSON, an individual,<br><br>        Plaintiffs,<br><br>    vs.<br><br>INTERNATIONAL CHURCHES OF CHRIST, INC., a California nonprofit corporation; THE INTERNATIONAL CHRISTIAN CHURCH, INC., a California nonprofit corporation; HOPE WORLDWIDE, LTD., a Delaware nonprofit corporation; MERCYWORLDWIDE, a California nonprofit corporation; CITY OF ANGELS INTERNATIONAL CHRISTIAN CHURCH, a California nonprofit corporation; THOMAS ("KIP") McKEAN, an individual; THE ESTATE OF CHARLES "CHUCK" LUCAS; CROSSWAY CHURCH; CORNERSTONE CHURCH OF CHRIST; THE CHICAGO CHURCH OF CHRIST and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 2:22-cv-09472-ODW-PLA<br><br>Related Actions:<br>*Gonzalez, et al. v. International Churches of Christ, Inc., et al.*  (Case No. 2:22-CV-09467-ODW-PLA)<br>*Jane Roe 1, et al. v. International Churches of Christ, Inc., et al.* (Case No. 2:23CV-00664-ODW-PLA)<br>*Jane Roe 1, et al. v. International Churches of Christ, Inc, et al.* (Case No. 2:23-CV-00765-ODW-PLA)<br>*Jane Roe 6, et al. v. International Churches of Christ, Inc. et al.* (Case No. 2:23-CV-00999-ODW-PLA)<br>*Jane Roe 8, et al. v. International Churches of Christ, Inc., et al.* (Case No. 2:23-CV-01192-ODW-PLA)<br>[Assigned to the Honorable Otis D. Wright II, Courtroom 5D]<br><br>[Assigned to the Honorable Otis D. Wright II, Courtroom 5D]<br><br>**[CORRECTED] PROOF OF SERVICE**<br><br>Complaint Served: January 18, 2023<br>Current Response Date: May 31, 2023<br>New Response Date: June 30, 2023 |

1

[PROOF OF SERVICE                                    Case No.: 2:22-cv-09472-ODW-PLA

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to this action.  My business address is 425 California Street, Suite 2100, San Francisco, California 94104.  On May 26, 2023, I served the foregoing **[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO EXTEND HOPE WORLDWIDE, LTD'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Bobby Samini, Esq.<br>Michael Katz, Esq.<br>Steve Baric, Esq.<br>Nicole C. Prado, Esq.<br>John S. Oney IV, Esq.<br>SAMINI BARIC KATZ LLP<br>650 Town Center, Suite 1500<br>Costa Mesa, CA 92626<br>Telephone: (949) 724-0900<br>Facsimile: (949) 724-0901<br>Email: bobby.samini@sbklawyers.com<br>michael.katz@sbklawyers.com<br>steve.baric@sbklawyers.com<br>nicole.prado@sbklawywers.com<br>john.oney@sbklawyers.com | **Counsel for Plaintiffs** |
| Mindee J. Stekkinger<br>BEACH LAW GROUP, LLP<br>500 E. Esplanade Drive, Suite 1400<br>Oxnard, CA 93036<br>Telephone: (805) 388-3100<br>Email: mail@beachlawgroup.com | **Counsel for City of Angels International Christian Church** |
| Bryan Christopher Swaim<br>BORDIN SEMMER LLP<br>6100 Center Drive Suite 1100<br>Los Angeles, CA 90045<br>Telephone: (323) 457-2110<br>Facsimile: (323) 457-2120<br>Email: bswaim@bordinsemmer.com | **Counsel for Crossway Church dba Tallahassee Ministries, Inc.** |

[PROOF OF SERVICE                                    Case No.: 2:22-cv-09472-ODW-PLA

| | |
|---|---|
| Eugene J. Egan<br>James A. Harris<br>MANNING AND KASS ELLROD<br>RAMIREZ TRESTER LLP<br>801 South Figueroa Street 15th Floor<br>Los Angeles, CA 90017-3012<br>213-624-6900<br>Fax: 213-624-6999<br>Email: eje@manningllp.com<br>jimmy.harris@manningkass.com | **Counsel for The Chicago Church of Christ** |

[XX]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the services was made.

/s/ Gwen Wagner
Gwen Wagner

3

[PROOF OF SERVICE                                   Case No.: 2:22-cv-09472-ODW-PLA