**SAMINI BARIC KATZ LLP**
Bobby Samini, Esq. (SBN 181796)
Michael Katz, Esq. (SBN 181728)
Steve Baric, Esq. (SBN 200066)
Nicole C. Prado, Esq. (SBN 269833)
John S. Oney IV, Esq. (SBN 338596)
650 Town Center Drive, Suite 1500
Costa Mesa, California 92626
Telephone: (949) 724-0900
Fax: (949) 724-0901
Email: bobby.samini@sbklawyers.com
Email: michael.katz@sbklawyers.com
Email: steve.baric@sbklawyers.com
Email: nicole.prado@sbklawywers.com
Email: john.oney@sbklawyers.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. STOWERS, an individual ERIN TOMLINSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL CHURCHES OF CHRIST, INC., a California nonprofit corporation; THE INTERNATIONAL CHRISTIAN CHURCH, INC., a California nonprofit corporation; HOPE WORLDWIDE, LTD., a Delaware nonprofit corporation; MERCYWORLDWIDE, a California nonprofit corporation; CITY OF ANGELS INTERNATIONAL CHRISTIAN CHURCH, a California, nonprofit corporation; THOMAS ("KIP") McKEAN, an individual; THE ESTATE OF CHARLES "CHUCK" LUCAS; CROSSWAY CHURCH, CORNERSTONE CHURCH OF CHRIST and DOES 1 through 100, | Case No. 2:22-CV-09472-ODW-PLA<br><br>**PROOF OF SERVICE**<br><br>**JURY TRIAL DEMANDED** |

1

PROOF OF SERVICE

| | |
|---|---|
| 1 | inclusive, |
| 2 | Defendants. |
| 3 | |
| 4 | |
| 5 | **[REMAINDER PAGE INTENTIONALLY LEFT BLANK]** |

PROOF OF SERVICE

Case 2:22-cv-09472-ODW-PLA Document 96 Filed 06/21/23 Page 3 of 4 Page ID #:843
Case 2:22-cv-09472-SB-JC Document 9-4 Filed 01/04/23 Page 1 of 4 Page ID #:243

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| ANTHONY M. STOWERS, an individual; and ERIN TOMLINSON, an individual <br><br> *Plaintiff(s)* <br> v. <br><br> INTERNATIONAL CHURCHES OF CHRIST, INC., a California nonprofit corporation; (See Attached) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:22-cv-09472 SB (JCx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* INTERNATIONAL CHURCHES OF CHRIST, INC., a California nonprofit corporation
3731 Wilshire Blvd., Suite 800, Los Angeles, CA 90010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: SAMINI BARIC KATZ LLP
Bobby Samini
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626
Telephone: (949) 724-0900
Fax: (949) 724-0901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/4/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-09472

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **INTERNATIONAL CHURCHES OF CHRIST, INC.**
was received by me on *(date)* 6.15.2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* **JAIME DE ANDA**, who is designated by law to accept service of process on behalf of *(name of organization)* **INTERNATIONAL CHURCHES OF CHRIST, INC** on *(date)* 6.15.2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 200 for travel and $ _____ for services, for a total of $ 200.00 .

I declare under penalty of perjury that this information is true.

Date: 6.19.2023

*Homayon Taghavi*
*Server's signature*

Homayon Taghavi Registered Process Server
*Printed name and title*

18034 Ventura Blvd. #240, Encino, Ca. 91316
*Server's address*

Additional information regarding attempted service, etc: