1  **SAMINI BARIC KATZ LLP**
2  Bobby Samini, Esq. (SBN 181796)
   Michael Katz, Esq. (SBN 181728)
3  Steve Baric, Esq. (SBN 200066)
4  John S. Oney IV, Esq. (SBN 338596)
   650 Town Center Drive, Suite 1500
5  Costa Mesa, CA 92626
6  Telephone: (949) 724-0900
7  Fax: (949) 724-0901
   Email: bobby.samini@sbklawyers.com
8  Email: michael.katz@sbklawyers.com
9  Email: steve.baric@sbklawyers.com
   Email: john.oney@sbklawyers.com
10
11 *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY M. STOWERS, an individual; and ERIN TOMLINSON, an individual,<br><br>            Plaintiffs,<br><br>     v.<br><br>INTERNATIONAL CHURCHES OF CHRIST, INC., a California nonprofit corporation; THE INTERNATIONAL CHRISTIAN CHURCH, INC., a California nonprofit corporation; HOPE WORLDWIDE, LTD., a Delaware nonprofit corporation; MERCYWORLDWIDE, a California nonprofit corporation; CITY OF ANGELS INTERNATIONAL CHRISTIAN CHURCH, a California nonprofit corporation; THOMAS ("KIP") McKEAN, an individual; THE ESTATE OF CHARLES "CHUCK" | Case No. 2:22-cv-09472-ODW-PLA<br><br>**NOTICE OF VOLUNTARY DIMISSAL PURSUANT TO FRCP 41(a)(1)(A)** |

NOTICE OF DISMISSAL

| | |
|---|---|
| 1 | LUCAS; CROSSWAY CHURCH, CORNERSTONE CHURCH OF CHIRST; THE CHICAGO CHURCH OF CHRIST and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |
| 6 | Plainti |

**[REMAINDER PAGE INTENTIONALLY LEFT BLANK]**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

TO DEFENDANTS INTERNATIONAL CHURCHES OF CHRIST, INC., a California nonprofit corporation; THE INTERNATIONAL CHRISTIAN CHURCH, INC., a California nonprofit corporation; HOPE WORLDWIDE, LTD., a Delaware nonprofit corporation; MERCYWORLDWIDE, a California nonprofit corporation; CITY OF ANGELS INTERNATIONAL CHRISTIAN CHURCH, a California nonprofit corporation; THOMAS ("KIP") McKEAN, an individual; THE ESTATE OF CHARLES "CHUCK" LUCAS; CROSSWAY CHURCH, CORNERSTONE CHURCH OF CHIRST, and their attorneys of record.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, and their counsel of record, hereby give notice that their causes of action against all Defendants in the above-titled action are voluntarily dismissed, without prejudice.

A court order is not required.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

**SAMINI BARIC KATZ LLP**

Date: July 7, 2023          By:     */s/ Bobby Samini*

Bobby Samini, Esq.
Michael Katz, Esq.
Steve Baric, Esq.
John S. Oney, IV, Esq.
Attorneys for Plaintiffs

# PROOF OF SERVICE

STATE OF CALIFORNIA)
COUNTY OF ORANGE)

I am employed in Orange County. My business address is 650 Town Center Drive, Suite 1500, Costa Mesa, CA 92626, where this mailing occurred. I am over the age of 18 years and am not a party to this cause. I am readily familiar with the practices of SAMINI BARIC KATZ LLP for collection and processing of correspondence for mailing with the United States Postal Service.

On June 7, 2023, I served the foregoing documents on the interested parties in this action entitled as follows:

**NOTICE OF VOLUNTARY DIMISSAL PURSUANT TO FRCP 41(a)(1)(A)**

**SEE ATTACHED SERVICE LIST**

[]     (**BY MAIL**) I placed such envelope for collection and mailing on this date following ordinary business practices.

[]     (**BY PERSONAL SERVICE**) I caused to be hand delivered such envelope to the addressee so indicated.

**[XX] (BY THE COURT'S ECF SYSTEM)**: I caused each such document(s) to be transmitted electronically by posting such document electronically to the ECF website of the United States District Court for the Central District of California, on all ECF-registered parties in the action.

[]     (**BY EMAIL)** On July 7, 2023, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did no receive an email response upon sending such email indicating that such email was not delivered.

[XX] (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the services was made.

Executed on July 7, 2023, at Costa Mesa, California.

*/s/ Griselda Alfaro*_____

**SERVICE LIST**
*Anthony M. Stowers et al. v. International Churches of Christ, Inc., et al.*
*USDC – Central District, Case No. 2:22-cv-09472-ODW-PLA*

| | |
|---|---|
| Andrew J. Waxler, Esq.<br>John T. Lupton, Esq.<br>Madeleina Halley, Esq.<br>Tad A. Devlin<br>KAUFMAN DOLOWICH & VOLUCK, LLP<br>21515 Hawthorne Blvd., Suite 450<br>Torrance, CA 90503<br>Telephone: 310-525-9720<br>Fac: 805-388-3414<br>awaxler@kdvlaw.com<br>jlupton@kdvlaw.com<br>mhalley@kdvlaw.com<br>tdevlin@kdv.com | *Attorneys for Defendant, HOPE WORLDWIDE, LTD.* |
| Eugene E. Egan<br>James A. Harris<br>MANNING AND KASS ELLROD RAMIREZ TRESTER LLP<br>801 South Figueroa Street, 15th Floor<br>Los Angeles, CA 90017<br>Telephone: @13-624-6900<br>Fax: 213-624-6999<br>eje@manningllp.com<br>jimmy.harris@manningkass.com | *Attorneys for Defendant, THE CHICAGO CHURCH OF CHRIST* |
| Bryan Christopher Swaim<br>BORDIN SEMMER LLP<br>6100 Center Drive Suite 1100<br>Los Angeles, CA 90045<br>323-457-2110<br>Fax: 323-457-2120<br>Email: bswaim@bordinsemmer.com | Attorneys for Defendant, CROSSWAY CHURCH |
| Mindee J Stekkinger<br>BEACH LAW GROUP LLP<br>500 East Esplanade Drive, Suite 1400<br>Oxnard, CA 93036<br>Telephone: 805-388-3100 | *Attorneys for Defendants, CITY OF ANGELS INTERNATIONAL CHRISTIAN CHURCH, THE INTERNATIONAL CHRISTIAN CHURCH, INC., and* |

| | |
|---|---|
| Fax: 805-388-3414<br>Email: mail@beachlawgroup.com | *MERCYWORLDWIDE* |
| David G. Halm<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>500 North Brand Blvd., Suite 1650<br>Glendale, CA 91203<br>Telephone: (213) 486-0048 x2320<br>Fax: (213) 486 0049<br>Email : david.halm@qpwblaw.com<br>         liseth.gonzalez@qpwblaw.com | *Attorneys for Defendant, THOMAS KIP MCKEAN* |